IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE ANGEL SOLIS AND MARIA GUADALUPE GARCIA,<br>*Plaintiffs,*<br><br>v.<br><br>NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY AND DALE GRIMM,<br>*Defendants.* | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 5:16-CV-00876-FB<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notifies the Court as follows:

1) On March 28, 2017, Plaintiffs and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

  /s/ J. Ryan Fowler
J. Ryan Fowler
State Bar No. 24058357
rmsdocketefile@mostynlaw.com
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 28th day of March, 2017, as follows:

*/s/J. Ryan Fowler*
J. Ryan Fowler