IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE ANGEL SOLIS AND MARIA GUADALUPE GARCIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY AND DALE GRIMM<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 5:16-cv-876-FB<br>§<br>§<br>§<br>§<br>§ |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jose Angel Solis and Maria Guadalupe Garcia ("Plaintiffs") and Defendants Nationwide Property and Casualty Insurance Company and Dale Grimm ("Defendants") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs filed suit against Defendants related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about April 25, 2015.

2. Plaintiffs and Defendants have since resolved their differences to their mutual satisfaction.

3. Plaintiffs move to dismiss the entire suit with prejudice. Defendants agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

*J. Ryan Fowler* /wp
J. Ryan Fowler
Texas Bar No. 24058357
ryan@mostynlaw.com
Rene M. Sigman
Texas Bar No. 24037492
rsigman@mostynlaw.com
Mostyn Law
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000
(713) 714-1111 - Facsimile

**ATTORNEY FOR PLAINTIFFS**

/s/ *Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 13th of June, 2017 to:

J. Ryan Fowler
Rene M. Sigman
Mostyn Law
3810 W. Alabama Street
Houston, Texas 77027

/s/ *Patrick M. Kemp*
Patrick M. Kemp