IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE ANGEL SOLIS, and MARIA GUADALUPE GARCIA, )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, and DALE GRIMM, )<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION NO. SA-16-CA-876-FB |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the above styled and numbered cause is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs of suit. Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 15th day of June, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE